**Motion Granted; Abatement Order filed December 22, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00771-CV**
_____

**ROBERT A. HAY, Appellant**

**V.**

**ECORP INTERNATIONAL, LLC; ECORP ENERGY MARKETING LLC; AND SENSA-LREC LLC; Appellees**

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2019-23189**

## ABATEMENT ORDER

Appellant filed this interlocutory appeal from the trial court's order denying his motion to dismiss under Civil Practice and Remedies Code chapter 27. *See* Tex. Civ. Prac. & Rem. Code §§ 27.001–.011(Texas Citizens Participation Act), 51.014(a)(12) (interlocutory appeal). This automatically stayed all proceedings in the trial court pending resolution of the appeal. *See id.* § 51.014(b).

Appellant filed a motion in this court to lift the statutorily required stay of the trial court proceedings to allow the district court to make the findings mandated by Civil Practice and Remedies Code section 27.007. *See id.* § 27.007(a). We grant appellant's motion.

We abate this appeal and lift the stay for the sole purpose of the trial court making the findings prescribed by Civil Practice and Remedies Code section 27.007. *See id.* § 27.007(a); *See Belcher v. Woodlake Prop. Owners Assoc.,* No. 03-19-00222-CV, 2019 WL 2402968 (Tex. App.—Austin Jun. 7, 2019) (order). This court retains all decision-making authority over this matter, and the stay is being lifted under this court's supervision and solely to assist in appellate proceedings. *See In re Geomet Recycling LLC*, 578 S.W.3d 82, 92 n.2 (Tex. 2019) (contemplating that appellate courts may lift statutory stay to allow trial court to make findings).

We further direct the clerk of the trial court to prepare a supplemental record with the trial court's findings and file that supplemental record with the clerk of this court within 30 days from today's date.

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.